IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) Civil No. 07-3136 PAM/JSM |
| Jan Lovlie, Elsa Lovlie, the Minnesota | ) |
| Department of Economic Security, | ) |
| the Minnesota Department of Revenue, | ) |
| Investors Savings Bank, F.S.B, and | ) |
| Hennepin County, | ) |
| | ) |
| Defendants. | ) |

**Order for Dismissal of US Bank, NA f/k/a Investors Savings Bank, F.S.B.**

For good cause shown, US Bank, NA f/k/a Investors Savings Bank, F.S.B. is dismissed with prejudice, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.


Dated:   September 5,     , 2007        s/Paul A. Magnuson
                                        The Honorable Paul Magnuson
                                        United States District Judge