IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) Civil No. 07-3136 PAM/JSM |
| Jan Lovlie, Elsa Lovlie, the Minnesota | ) |
| Department of Economic Security, | ) |
| the Minnesota Department of Revenue, | ) |
| Investors Savings Bank, F.S.B, and | ) |
| Hennepin County, | ) |
| | ) |
| Defendants. | ) |

## Order for Dismissal of Hennepin County

For good cause shown, Hennepin County is dismissed with prejudice, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

Dated: September __7__, 2007            s/Paul A. Magnuson
                                        The Honorable Paul Magnuson
                                        United States District Judge