UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES,                                           CIVIL NO. 07-3136 (PAM/JSM)

    Plaintiff,

v.                                                                    ORDER

JAN LOVLIE, et al.,

    Defendants.

IT IS HEREBY ORDERED that the January 17, 2008 hearing on plaintiff's Motion to Dismiss Counterclaim [Docket No. 13] before the undersigned is canceled, pending a decision by Magistrate Judge Mayeron on the Motion of Jan Lovlie to File a Counterclaim [Docket No. 23]. In the event that the Motion of Jan Lovlie to File a Counterclaim is granted, plaintiff may reschedule the Motion to Dismiss.

Dated:  December 18 , 2007

                                                  s/Paul A. Magnuson
                                                PAUL A. MAGNUSON
                                                United States District Judge