UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,  Civil No. 07-3136 (PAM/JSM)

Plaintiff,

v.  **JUDGMENT**

Jan and Elsa Lovlie, the Minnesota
Department of Economic Security,
and the Minnesota Department of
Revenue,

Defendants.

---

In the Memorandum and Order filed herewith, the Court has determined that the Government is entitled to summary judgment in this matter. Accordingly, it is hereby

**ORDERED, ADJUDGED AND DECREED**:

1. Judgment is entered in favor of the United States and against Jan and Elsa Lovlie for the federal income taxes, interest, and statutory additions to tax set forth below, plus interest and statutory additions according to law from May 19, 2008 until judgment is paid:

| Tax | Tax Period | Unpaid Balance as of May 19, 2008 |
|---|---|---|
| 1040 | 1990 | $160,834.80 |
| 1040 | 1991 | $168,429.70 |
| 1040 | 1992 | $142,444.95 |
| 1040 | 1993 | $ 80,094.51 |
| 1040 | 1994 | $127,898.39 |

| Tax  | Tax Period | Unpaid Balance as of May 19, 2008 |
|------|------------|-----------------------------------|
| 1040 | 1995       | $ 89,796.19                       |
| 1040 | 1996       | $ 91,879.01                       |
| 1040 | 1997       | $ 80,992.73                       |
| 1040 | 1998       | $  4,073.60                       |
| 1040 | 1999       | $  3,401.30                       |
| 1040 | 2000       | $  1,745.03                       |
| 1040 | 2001       | $  3,148.43                       |
| 1040 | 2002       | $  1,250.31                       |

**Total:** **$ 956,988.95**

2. Judgment is entered in favor of the United States and against Jan Lovlie for penalties assessed under 26 U.S.C. § 6701, plus statutory interest on the penalties, for the periods set forth below, plus interest according to law from May 19, 2008, until judgment is paid:

| Penalty    | Period | Unpaid Balance as of May 19, 2008 |
|------------|--------|-----------------------------------|
| IRC § 6701 | 1991   | $ 61,869.06                       |
| IRC § 6701 | 1992   | $101,902.01                       |
| IRC § 6701 | 1993   | $200,164.69                       |
| IRC § 6701 | 1994   | $218,361.45                       |
| IRC § 6701 | 1995   | $194,705.61                       |
| IRC § 6701 | 1996   | $ 98,262.65                       |

| Penalty | Period | Unpaid Balance as of May 19, 2008 |
|---|---|---|
| IRC § 6701 | 1997 | $ 76,426.50 |

**Total: $ 951,691.97**

3. Costs are awarded to the United States.

Dated:   August 6, 2008

*s/Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge