IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| United States, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | Civil No. 07-3136 PAM/JSM |
| Jan Lovlie, Elsa Lovlie, the Minnesota | ) | |
| Department of Economic Security, | ) | |
| the Minnesota Department of Revenue, | ) | |
| Investors Savings Bank, F.S.B, and | ) | |
| Hennepin County, | ) | |
| | ) | |
| Defendants. | | |

**Order Confirming Sale**

Upon consideration of the United States' motion for confirmation of sale of real property located at 5609 Schaefer Road, Edina, Minnesota, in Hennepin County, Minnesota, and legally described as Lot 3, Block 1, Parkwood Knolls 11th Addition in Hennepin County. it appears by due proof that:

(a)  notice of the motion to confirm the sale was given to all parties or their authorized representatives; and

(b)  legal notice of the sale of the property was given by publication once a week for four consecutive weeks prior to the sale in a newspaper of general circulation in Hennepin County, Minnesota, where the Property is located; and

(c)  in auctioning the Property, the United States has in all things complied with the Order of Sale entered in this case, and

(d) because all property taxes have been paid, Hennepin County is not entitled to any sales proceeds.

Thus, having considered the entire record in this matter, and for good cause shown,

IT IS HEREBY ORDERED that the United States' motion is GRANTED; and

IT IS FURTHER ORDERED that the sale of the real property in this case to John and Joan Will for the sum of $630,000, which has been deposited with the Clerk of Court, is approved and confirmed. The IRS has also deposited with the Clerk of Court $20,000 from the sale of abandoned personalty, which shall also be distributed to the parties as set forth below.

IT IS FURTHER ORDERED that upon entry and filing of this Order with the Clerk of Court, District of Minnesota, the IRS is directed to make and execute a good and sufficient deed conveying the Property to John and Joan Will and thereafter delivering the deed to them.

IT IS FURTHER ORDERED that the sale and conveyance of the Property to John and Joan Will is made free and clear of the interests of all parties to this action and without right of redemption.

IT IS FURTHER ORDERED that on entry of this Order of Confirmation, all interests in, liens against, or claims to the property that are held or asserted by all parties to this action are discharged and extinguished.

IT IS FURTHER ORDERED that the Clerk of Court shall distribute the $650,000 in sales proceeds as follows:

1.  To the United States Treasury for the administrative costs of sale incurred by

the Internal Revenue Service in the amount of $2,765.77;

2.  To US Bank for the amount of its outstanding mortgage in the amount of

$96,686.34.

3.  To the United States Treasury in the amount of $550,477.89 to be applied to the

Lovlies' federal tax liabilities and to the penalties assessed against Jan Lovlie.

Entered this __19th__ day of __October__, 2009.


s/Paul A. Magnuson
The Hon. Paul A. Magnuson
United States District Judge