IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| United States, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | Civil No. 07-3136 PAM/JSM |
| Jan Lovlie, Elsa Lovlie, the Minnesota | ) | |
| Department of Economic Security, | ) | |
| the Minnesota Department of Revenue, | ) | |
| Investors Savings Bank, F.S.B, and | ) | |
| Hennepin County, | ) | |
| | ) | |
| Defendants. | | |

## Order

For good cause shown, the Clerk of Court is ordered to disburse the funds referenced in Docket No. 73 to the United States Department of Justice to be applied to the Lovlies' tax liabilities and the penalties assessed against Jan Lovlie.

Dated: January 27, 2010

                                                     s/Paul A. Magnuson
                                                   The Hon. Paul A. Magnuson
                                                   United States District Judge